# EXHIBIT 4

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ROOTS ROCK RAGE, LLC D/B/A SLOTH STEADY, A MICHIGAN LIMITED LIABILITY COMPANY, AND NATHAN RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC FOREST, LLC, a Delaware limited liability company, MADISON HOUSE PRESENTS, LLC, a Delaware limited liability company, and INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | No. 2018 L 10829<br><br>Judge John P. Callahan, Jr.<br>Calendar C |

### NOTICE OF FILING

To: Counsel of Record

PLEASE TAKE NOTICE that on November 8, 2018, the undersigned filed the attached *Defendants' Notice of Removal* with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, a copy of which is attached hereto and served upon you.

Dated: November 8, 2018

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP

By: _____
Floyd A. Mandell

Floyd A. Mandell
Julia L. Mazur
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Firm I.D. No. 41832

*Attorneys for Defendants Electronic Forest, LLC, Madison House Presents, LLC, Insomniac Holdings, LLC*