**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROOTS ROCK RAGE, LLC d/b/a SLOTH STEADY, a Michigan limited liability company, and NATHAN RUSSELL, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRIC FOREST, LLC, a Delaware limited liability company, MADISON HOUSE PRESENTS, LLC, a Delaware limited liability company, and INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 18-cv-7418 <br><br> Hon. Rebecca R. Pallmeyer |

**DEFENDANTS' RULE 12(b)(3) MOTION TO DISMISS FOR IMPROPER VENUE**

Defendants Electric Forest LLC, Madison House Presents, LLC, and Insomniac Holdings, LLC (collectively, "Electric Forest") hereby respectfully move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(3), to dismiss the above-captioned action for improper venue.

For the reasons set forth in Defendants' Memorandum of Law in Support of Their Rule 12(b)(3) Motion to Dismiss for Improper Venue, Electric Forest respectfully requests the Court dismiss the Complaint filed by Plaintiffs.

Dated: December 17, 2018                    Respectfully submitted,

/s/ Floyd A. Mandell

Floyd A. Mandell (1747681)
Julia L. Mazur (6309387)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
floyd.mandell@kattenlaw.com
julia.mazur@kattenlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2018, I caused the foregoing ***Defendants' Rule 12(b)(3) Motion to Dismiss for Improper Venue*** to be to be filed via the Court's CM/ECF system, which will send electronic notice to all attorneys of record.

/s/ Floyd A. Mandell