IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROOTS ROCK RAGE, LLC d/b/a SLOTH STEADY, a Michigan limited liability company, and NATHAN RUSSELL,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC FOREST, LLC, a Delaware limited liability company, MADISON HOUSE PRESENTS, LLC, a Delaware limited liability company, and INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 18-cv-7418<br><br>Hon. Rebecca R. Pallmeyer |

**DEFENDANTS' NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants Electric Forest, LLC, Madison House Presents, LLC, and Insomniac Holdings, LLC, by and through counsel, hereby certify as follows:

Defendant Electric Forest, LLC is a limited liability company whose members are Defendant Madison House Presents, LLC and Defendant Insomniac Holdings, LLC.

Defendant Madison House Presents, LLC is a limited liability company whose sole member is AEG Presents LLC. AEG Presents LLC is a limited liability company whose sole member is Anschutz Entertainment Group, Inc. Anschutz Entertainment Group, Inc. is not a public company and no public corporation owns 5% or more of Anschutz Entertainment Group, Inc.

Defendant Insomniac Holdings, LLC is a limited liability company whose members are Pasquale Rotella, Live Nation Worldwide, Inc., Insomniac, Inc., and Insomniac Entertainment, Inc. Insomniac, Inc. is not a public company and no public corporation owns 5% or more of

Insomniac, Inc. Insomniac Entertainment, Inc. is not a public company and no public corporation owns 5% or more of Insomniac Entertainment, Inc. Live Nation Worldwide, Inc., is a publicly held corporation, which is publicly traded on the New York Stock Exchange under the ticker symbol LYV.

| | |
|---|---|
| Dated: December 17, 2018 | Respectfully submitted, |
| | /s/ Floyd A. Mandell |
| | Floyd A. Mandell (1747681)<br>Julia L. Mazur (6309387)<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>floyd.mandell@kattenlaw.com<br>julia.mazur@kattenlaw.com |
| | *Attorneys for Defendants* |